## UNITED STATES v. WIERNICK

No. 937. Decided February 24, 1970

*Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.
*Raymond J. Smith* for appellee.

PER CURIAM.

The judgment is vacated and the case is remanded to the United States District Court for the Northern District of Illinois for further consideration in light of *Buie* v. *United States,* 396 U. S. 87.

## SUSSMAN v. UNITED STATES

No. 226. Decided February 24, 1970

*William J. Evans* and *L. Keith Simmer, Jr.,* for petitioner.
*Solicitor General Griswold* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Turner* v. *United States,* 396 U. S. 398.